# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**RAFAEL RODRIGUEZ**                                                                            **PLAINTIFF**

**v.**                    **Case No. 1:12-cv-00109-KGB-JTK**

**LT. FERGUSON, et al.**                                                          **DEFENDANTS**

## **JUDGMENT**

Pursuant to the Order entered in this matter on this date, it is considered, ordered and adjudged that this case be, and it is hereby, dismissed without prejudice for failure to state a claim upon which relief may be granted.

The Court certifies that an *in forma pauperis* appeal from an Order and Judgment dismissing this action will not be taken in good faith. 28 U.S.C. § 1915(a)(3).

SO ADJUDGED this the 9th day of April, 2013.

                                                           _____
                                                           KRISTINE G. BAKER
                                                           UNITED STATES DISTRICT JUDGE